IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EUNICE GARZA, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | C. A. NO. 2:16-CV-00182 |
| | § | |
| CIGNA LIFE INSURANCE COMPANY OF NEW YORK and L-3 COMMUNICATION, INC. | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

**AGREED MOTION TO SET ASIDE DEFAULT JUDGMENT AND DISMISS WITH PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now, Plaintiff, Eunice Garza and files this her Unopposed Motion to Set Aside Default Judgment against L-3 Communication, Inc. and to Dismiss all claims against Defendant Cigna Life Insurance Company of New York and L-3 Communication, Inc., and requests this Court to enter the attached Order of Dismissal of Claims. All matters and disputes between the parties have been resolved.

The parties have entered into an agreement to resolve all disputes. As part of that agreement, the parties agreed to file an agreed motion to set aside the default judgment against L-3 Communications, Inc. entered on April 21, 2016, while the case was pending in the 105th Judicial District Court of Nueces County prior to removal to federal court. The parties request this Court enter an order that grants the pending motion to set aside default judgment and motion for new trial filed by L-3 Communications Vertex Aerospace, LLC on May 20, 2016, and sets aside the default judgment and declares it null and void.

2279110v.1

WHEREFORE, it is prayed that this Motion be granted, that the default judgment against L-3 Communications, Inc. be set aside and that an order of dismissal, with prejudice, be entered on all claims filed by Plaintiff Eunice Garza against Defendant Cigna Life Insurance Company of New York and L-3 Communications, Inc. and that attorneys' fees and costs of court be taxed against the party incurring same.

Respectfully submitted,

By: ______________________
John A. Sixta, Jr.
Texas Bar No. 18448500
850 Tower II
555 N. Carancahua St.
Corpus Christi, TX 78401
361/883-3742
361/883-2771 Fax
Email: sixtalawyer@gmail.com

ATTORNEY-IN CHARGE FOR PLAINTIFF EUNICE GARZA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was forwarded to all attorneys of record in accordance with the Federal Rules, on this ___ day of November, 2016.

Linda P. Wills
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
909 Fannin Street, Suite 3300
Houston, TX 77010

David Lee Crawford
**PHELPS DUNBAR LLP**
One Allen Center
500 Dallas Street, Suite 1300
Houston, TX 77002

______________________

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EUNICE GARZA, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | C. A. NO. 2:16-CV-00182 |
| | § | |
| CIGNA LIFE INSURANCE COMPANY OF NEW YORK and L-3 COMMUNICATION, INC. | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS day, this Court considered the motion of Plaintiff Eunice Garza to dismiss all claims against Defendant Cigna Life Insurance Company of New York and L-3 Communication, Inc. with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Eunice Garza's Motion to Dismiss all claims against Defendant Cigna Life Insurance Company of New York with prejudice is **GRANTED** and all claims and causes of action by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE.**

Further, the Court grants the pending motion to set aside default judgment and motion for new trial filed by L-3 Communications Vertex Aerospace, LLC on May 20, 2016,

It is hereby ORDERED the default judgment against L-3 Communications, Inc. entered on April 21, 2016, while the case was pending in the 105th Judicial District Court of Nueces County is set aside, and the default judgment is DECLARED null and void.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

**SIGNED** this _____ day of _________________________, 2016.

_________________________________
**UNITED STATES DISTRICT JUDGE**

**APPROVED AND ENTRY REQUESTED:**

John A. Sixta, Jr.
Texas Bar No. 18448500
850 Tower II
555 N. Carancahua St.
Corpus Christi, TX 78401
361/883-3742
361/883-2771 Fax
Email: sixtalawyer@gmail.com

ATTORNEY-IN CHARGE FOR PLAINTIFF EUNICE GARZA

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Linda P. Wills
State Bar No. 21661400
Fed. Bar No. 12566
909 Fannin Street, Suite 3300
Houston, Texas 77010
713/353-2000
713/785-7780 **Fax**
Email: Linda.Wills@WilsonElser.com

ATTORNEY-IN-CHARGE FOR DEFENDANT
CIGNA LIFE INSURANCE COMPANY OF NEW YORK

2279110v.1

PHELPS DUNBAR LLP

David Lee Crawford
Texas Bar No. 05020100
500 Dallas Street, Suite 1300
Houston, TX 77002
713/626-1386
713/626-1388 **Fax**
**E-mail:** Crawford@phelps.com

ATTORNEY-IN-CHARGE FOR DEFENDANT
L-3 COMMUNICATION, INC.